UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY EFREN JOVEL MORAN,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No.  2:26-cv-00448-DC-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's stipulated request for extension to file Petitioner's reply/traverse. See ECF Nos. 10 and 11. Good cause appearing therefore, the undersigned will direct Petitioner to file a reply/traverse on or before March 23, 2026.

IT IS SO ORDERED.

Dated:  March 19, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1