UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY EFREN JOVEL MORAN, A-226-062-721, | No.  2:26-cv-00448-DC-DMC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| CHRISTOPHER CHESTNUT, | (ECF No. 14) |
| Respondent. | |

Petitioner, an immigration detainee proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 9, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 14.  To date, no objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having

1

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 9, 2026, ECF No. 14, are ADOPTED in full;

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED as Petitioner's detention violates due process;

3. Petitioner Stanley Efran Jovel Moran, A-226-062-721, shall be RELEASED IMMEDIATELY from Respondent's custody upon the same conditions as his prior release, with his belongings. The government shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;

4. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered. At any such hearing, Petitioner shall be allowed to have counsel present;

5. This order does not address the circumstances in which the government may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

6. Within three (3) days of the date of this order, Respondents must file a notice certifying compliance with this order;

7. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Center; and

8.    The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.


IT IS SO ORDERED.

Dated:    **April 21, 2026**

Dena Coggins
United States District Judge

3